USCA1 Opinion

 

 [NOT FOR PUBLICATION] [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT _________________________ No. 97-1082 LIBERTY MUTUAL INSURANCE COMPANY, Plaintiff, Appellee, v. CATERINA A. ROSENTHAL, ET AL., Defendants, Appellants. ___________________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Richard G. Stearns, U.S. District Judge] ___________________ ___________________________ Before Selya, Circuit Judge, _____________ Cyr, Senior Circuit Judge, ____________________ and Lagueux*, District Judge. ______________ ___________________________ Evan T. Lawson, with whom J. Mark Dickison and Lawson & _______________ _________________ ________ Weitzen, LLP were on brief, for appellants. ____________ Michael J. Keefe, with whom James E. Harvey, Jr., O'Malley ________________ _____________________ ________ and Harvey, Kenneth A. Latronico, and Latronico & Whitestone were __________ ____________________ ______________________ on brief, for appellee. _________________________ July 18, 1997 _________________________ _______________ *Of the District of Rhode Island, sitting by designation. Per Curiam. We have reviewed the record on appeal with Per Curiam. __________ care, read the parties' briefs, and entertained oral argument. We find that the district court's order granting equitable relief pendente lite is grounded on substantial evidence in the record, ________ ____ meets the requirements we have laid down for the granting of preliminary injunctive relief, see, e.g., Narragansett Indian ___ ____ ___________________ Tribe v. Guilbert, 934 F.2d 4, 5 (1st Cir. 1991), and does not _____ ________ appear to represent an unreasonable application of pertinent legal principles. Consequently, we summarily affirm the order. The appellants may, of course, raise their factual and legal arguments anew at the trial on the merits. Affirmed. Affirmed. ________ 2